IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN JACKSON DIVISION

LAROBERT TISDALE                                                                                  PLAINTIFF

VS                                                            CIVIL ACTION NO. 3:19-CV-00851 TSL-RHW

SONIC OF PHILADELPHIA, LLC  d/b/a  SONIC DRIVE-IN                  DEFENDANT

## NOTICE OF SERVICE OF MOTION TO WITHDRAW AND
## NOTICE OF ASSERTION OF ATTORNEY'S LIEN

Notice is hereby given that James H. Murphy and Murphy Law Firm, PLLC, has this date served their Motion To Withdraw And Notice Of Assertion Of Attorney's Lien upon Plaintiff, LaRobert Tisdale and all counsel of record.

RESPECTFULLY SUBMITTED this the 24th day of June, 2020.

/s/ James H. Murphy
James H. Murphy, MSB# 102223
Murphy Law Firm and Murphy Law Firm, PLLC

## CERTIFICATE OF SERVICE

I, James H. Murphy, do hereby certify that I have this date electronically filed with the Clerk of The Court utilizing the ECF system the above and foregoing *Notice of Service of Motion To Withdraw And Notice Of Assertion Of Attorney's Lien* which sent notification of such filing to all counsel of record and by serving Plaintiff via electronic email and U. S. Mail to:

LaRobert Tisdale
217 Myrtle Street West
Philadelphia, MS 39350

This the 24th day of June, 2020.

/s/ James H. Murphy
James H. Murphy, MSB# 102223